UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

| | | |
|---|---|---|
| IN THE MATTER OF:<br>DEBTOR (S) Ada R. Ulmer | Case No: 18-32740-DOF<br>CHAPTER 13<br>PROCEEDINGS<br>JUDGE DANIEL<br>OPPERMAN | ATTORNEY: Brian J Small<br>DATE FILED: 11/29/2018<br>CLAIMS BAR DATE: 2/7/2019<br>CONFIRMATION DATE:<br>2/19/2019 |

TRUSTEE'S OBJECTION TO CONFIRMATION

☒ Plan Payment has not posted  ☒ Plan is unfeasible

☒ Amend plan to indicate treatment for secured creditor, Bass & Associates/ Kirby Vacuum.

Provide the following to the Trustee:

☒ 9/2018-11/2018 actual bank statements from Chase, Huntington, Security C.U. and 9/2018 & 11/2018 from ElGa C.U.

☒ Current SEV

Other issue: "For informational purposes only, the Trustee notes:

Based on Federal Rules of Bankruptcy Procedure 3002, secured creditors must file a proof of claim in order for the claim to be allowed. This also means that a claim must be filed in order for the creditor to share distributions in the Chapter 13 plan. Trustee notes that there is/are secured creditor(s) scheduled in this case who have not yet filed a Proof of Claim. As you are aware, the bar date in which to file secured claims is approaching as noted above. Should the secured creditor(s) not file a proof of claim, the Debtor(s) has(ve) 30 days from the expiration of the bar date in which to file a proof of claim on behalf of the creditor pursuant to Bankruptcy Rule 3004. Please remember to provide attachments to claims filed in compliance with Bankruptcy Rule 3001(c) and (d). Please proceed as you deem appropriate."

NATURE OF THE PLAN- The Trustee interprets the nature of the plan to be:

☒ Base plan-completed upon the Trustee receiving $50,360.16 in addition to the receipts prior to confirmation.

Estimated % to unsecured is underfunded in (48) months.

Confirmation recommended

☐ Yes      % in      months   ☒ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, or provide other relief as is just.

|  |  |
|---|---|
|  | /s/ Carl L. Bekofske |
| Dated:   January 11, 2019 | Carl L. Bekofske, Standing Chapter 13 Trustee |
|  | 400 N. Saginaw St. Ste 331., Flint, MI 48502 |
| Stephanie | (810) 238-4675      ECF@flint13.com |
|  | P-10645 |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Ada R. Ulmer

Case No: 18-32740-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, I electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Brian J Small
BANKRUPTCY@THAVGROSS.COM

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Sherry Beasinger
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675
Email: ECF@flint13.com