# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Case No. | 18-32740 |
| Ada R Ulmer | Chapter | 13 |
| | Judge | Opperman |

Debtor(s)
_____/

## CERTIFICATE OF NO RESPONSE

This matter having come before the court on Debtor's objection to the Proof of Claim of United Consumer Financial Services filed on 1/15/19, and no timely or proper response has been filed with the Court, and the Court is fully advised in the premises.

**THAV GROSS PC**

/s/ Brian Joel Small
Brian Joel Small (P46901)
Garik Osipyants (P69952)
Julie Smyk (P55781)
Thav Gross PC
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI 48025
bankruptcy@thavgross.com
(248) 645-1700